

FILED
CLERK, U.S. DISTRICT COURT

JUN 17 2025

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ANGEL CERVANTES,<br><br>    Defendant. | Case No. 8:21-cr-00101-SSS<br><br>ORDER OF DETENTION AFTER HEARING [Fed. R. Crim. P. 32.1(a)(6);18 U.S.C. § 3143(a)] |

   The defendant having been arrested pursuant to a warrant issued by the United States District Court for the Central District of California for alleged violations of the terms and conditions of supervision; and

   The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

   The Court finds that:

   A. ( X ) The defendant has not met defendant's burden of establishing by clear and convincing evidence that he is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on: _nature of current allegations, including commission of a new criminal offenses, failure to enter drug treatment, and repeated instances of illegal drug use, repeated use of drugs, absconding; no bail resources; no recent background information given_

and

B. ( X ) The defendant has not met defendant's burden of establishing by clear and convincing evidence that he is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on: *nature of current allegations, including alleged commission of two new criminal offenses, failure to enter drug treatment, and repeated instances of illegal drug use, repeated use of drugs, absconding; no bail resources; no recent background information given*

IT THEREFORE IS ORDERED that the defendant be detained pending further revocation proceedings.

Dated: 6-17-25

JOHN D. EARLY
United States Magistrate Judge